UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In Re:

BK Autumn 701 LLC

        Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 21-42682-ess
(Chapter 11)

Assigned to:
Hon. Elizabeth S. Stong
Bankruptcy Judge

       PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Nationstar Mortgage dba Mr. Cooper in the within proceeding with regard to its interest in the property known as 1482 Bryant Avenue, Bronx, NY 10460.

       Please send copies of all Notices and all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:   December 10, 2021
               Williamsville, New York

                                                Yours,
                                                GROSS POLOWY, LLC
                                                Attorneys for Nationstar Mortgage dba Mr. Cooper

                                                Ehret Anne Van Horn, Esq.
                                                Gross Polowy, LLC
                                                1775 Wehrle Drive, Suite 100
                                                Williamsville, NY 14221
                                                Telephone (716) 204-1700

TO:

By ECF:

   Clerk, United States Bankruptcy Court
   Eastern District Of New York

   Btzalel Hirschhorn, Esq.        Attorney for Debtor

   U.S. Trustee                       Chapter 11 Trustee