# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  }
                      } SS:
COUNTY OF QUEENS  }

I, Ellis Taylor, being sworn, say:

I am not a party to the action, am over 18 years of age and reside in New York, New York.

On April 25, 2022, I served the *(a) NOTICE OF DEADLINE REQUIRING FILING PROOFS OF CLAIM ON OR BEFORE JUNE 21, 2022, (b) ORDER ESTABLISHING JUNE 21, 2022 AS THE DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF,* by delivering a true copy thereof enclosed in a post-paid wrapper, under the exclusive care and custody of United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name by:

*PLEASE SEE ATTACHED LIST*

_____
Ellis Taylor

Sworn to before me this
25th day of April, 2022

_____
NOTARY PUBLIC

Matthew J. Routh
Notary Public, State of New York
Reg. No. 02RO6358862
Qualified in Queens County
Commission Expires May 15th 2025

-1-

| | |
|---|---|
| NYC D.E.P | NYC DOB- BRONX |
| 59-17 JUNCTION BLVD | 1932 ARTHUR AVE |
| Corona, NY 11373-5108 | 5th floor |
| | Bronx, NY 10457-6373 |
| | |
| NYC HPD | NYC Water Board |
| 120-55 QUEENS BLVD | Andrew Rettig: Assistant Counsel |
| Jamaica, NY 11424-1015 | 59-17 Junction Blvd, 13th Floor |
| | Elmhurst, NY 11373-5188 |
| | |
| Nationstar Mortgage dba Mr. Cooper | Office of the United States Trustee |
| Gross Polowy, LLC | Eastern District of NY (Brooklyn Office) |
| 1775 Wehrle Drive, Suite 100 | U.S. Federal Office Building |
| Williamsville, NY 14221-7093 | 201 Varick Street, Suite 1006 |
| | New York, NY 10014-4811 |
| | |
| NYC ECB- Bronx Office | |
| 3030 Third Avenue | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| Room 250 | P.O. Box 619096 |
| Bronx, NY 10455-1201 | Dallas, TX 75261-9096 |

1